UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHARLES DENNARD, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>BROOKE ROLLINS, Secretary of Agriculture et al.,<br><br>Defendants. | Civil Action No. 25-0879 (ACR) |

**MOTION FOR PRELIMINARY INJUNCTION**

Plaintiffs Charles Dennard, Corey Lea, Corey Lea Inc., and One Georgia Co., by and through undersigned counsel, respectfully move under Federal Rule of Civil Procedure 65 and 5 U.S.C. section 705 for a preliminary injunction preserving available remedial funds, requiring an accounting, preserving records, and prohibiting Defendants from taking actions that would dissipate, reprogram, close out, transfer, or otherwise place beyond effective judicial review funds and records connected to the farm-credit, debt-relief, discrimination-relief, and land-access programs at issue in this case, as against the United States' Department of Agriculture, Defendant, who should still have at least $100,000,000.00 remaining in funding.

Plaintiffs meet the standard for preliminary relief because they are likely to prevail on the merits of numerous claims, absent an injunction they will suffer irreparable harm, the equities favor an injunction, and an injunction is in the public interest. Specifically, all Plaintiffs are likely to succeed on the merits of their claims that Defendants' loan processing and disparate impact on Plaintiffs and the Plaintiffs' Equal Protection claims. Without an injunction, all Plaintiffs will suffer irreparable harm because Defendants' policy and practice is undermining

Plaintiffs' lands, the production thereof, existing programs, as well as the livelihoods of their staff and the communities they serve. Equites and the public interest favor an injunction to prevent those harms and to ensure the government follows the law.

On July 10, 2026 the Plaintiffs by and through undersigned counsel informed Assistant U.S. Attorney John Bardo, and referenced in the Joint Status Report filed July 10, 2026 that this preliminary injunction would be filed [Dkt. 53], and the parties agreed a response will be due within 21 days of service.

Respectfully submitted,

By: *<u>/s/ Ryan L. Jones</u>*

RYAN L. JONES LAW, LLC
Ryan L. Jones [D.C. Bar No. 1015309]
1776 I Street NW, Suite 325
Washington, D.C. 20006
Telephone: (202) 329-8959
Email: ryan@rljoneslaw.com
*Attorney for Plaintiffs*

July 22, 2026