# U.S. Department of Agriculture
## USDA Program Discrimination Complaint Form

### Complainant Information

| First name | Middle Initial | Last Name |
|---|---|---|
| Albert | | Carpenter Sr. |

Mailing Address: P.O. Box 355 Grady AR. 71644

| Primary Phone Number | Alternate Phone Number | Email |
|---|---|---|
| 870-540-9278 | | abrham carpenter@icloud.com |

Best way to reach you: Mail Phone (Email — circled) Other

### Representative Information

Do you have a representative? ☑ Yes ☐ No

Do you have written authorization from representative? If so, please attach. ☑ Yes ☐ No

| First name | Last Name |
|---|---|
| Abraham | Carpenter Jr. |

Mailing address: P.O Box 161 Grady, AR. 71644

| Phone | Email |
|---|---|
| 870-5409278 | abrham carpenter@icloud.com |

### Complaint Information

*(attach additional pages and supporting documentation as needed)*

1. Provide the name of the program you applied for (if known/applicable).
It is a Farm Ownership Loan that I have

2. Select the USDA agency that conducts the program or provides Federal financial assistance for the program.
☐FNS ☐FS ☑FSA ☐RD ☐NRCS ☐Other ________ ☐Unknown

3. Date of recent alleged discrimination (mm/dd/yyyy) February 1, 2024

4. Location and/or address of the office where discrimination occurred
Jefferson Co. FSA Office + National Office

5. Who do you believe discriminated against you? Include the name(s) of person(s) involved in the alleged discrimination (if known).
FSA National Office - Secretary of Agriculture Staff.

6. What happened to you? (please include dates of each allegation)
My loan was paid off by USDA, when my brother Abraham questioned why the other loans were not paid off, USDA went back and placed the Debt back on the Books and say it was a mistake

7. It is a violation of the law to discriminate against you based on the following: race, color, national origin, religion, sex (including gender identity and expression), sexual orientation, disability, age, marital status, family/parental status, income derived from a public assistance program, and political beliefs. (Not all bases apply to all programs). Reprisal is prohibited based on prior civil rights activity.

I believe I was discriminated against based on: My Race and Color

### Remedies

8. How would you like to see this complaint resolved?
I want the debt removed as it was originally and $5,000,000 for Pain, Suffering Discrimination + Retaliation

9. Have you filed a complaint about the incident(s) with another federal, state, or local agency or with a court?
no

10. If yes, with what agency or court did you file?

11. If yes, when did you file? (mm/dd/yyyy)

Albert Carpenter Sr. 8-20-24 Abraham Carpenter Jr. 8-20-24
Complainant Signature — Date — Representative Signature — Date

See Attached Letter from Congressman Bennie Thompson confirming Disparate Treatment.
6 + Additional Info - This Discrimination occurred around February, 2024
USDA - Reversed a Debt Writeoff, without telling us which is against the law.
It was done only to keep from doing the right thing for the rest of my Family.

Secretary of Agriculture
U.S. Department of Agriculture
1400 Independence Avenue, SW
Washington, D.C. 20250

**Re: Ongoing Concerns Regarding Carpenter Family's Treatment by U.S. Department of Agriculture**

Dear Secretary Vilsack:

I am writing to express my deep concern regarding the ongoing situation with the Carpenter family and their interactions with the United States Department of Agriculture (USDA). While I appreciate the initial steps being taken to assist them, I am saddened to learn of setbacks and apparent inconsistencies in the application of debt relief programs. Specifically, I am troubled by the recent reversal of Mr. Albert Carpenter Sr's debt relief payment. The Carpenter family has provided documentation indicating proper notification and approval months before this reversal, raising serious questions about potential discrimination and retaliation based on past grievances.

These concerns are magnified by the fact that the Carpenters have a documented history of discrimination by the USDA spanning over 30 years. I firmly believe, especially at this stage of engagement, they deserve fair and transparent treatment, free from bias or retribution.

Furthermore, it is important to clarify that the $500,000 payment received by the family decades ago was not a settlement, but simply a correction of owed funds. They have not received any other compensation for the alleged discrimination they have faced.

Therefore, I urge you to revisit all remaining loans associated with the Carpenter family, including the Farm Ownership and Farm Operating loans, with a particular focus on their eligibility for debt relief programs. As a Member of Congress, I am committed to ensuring equal justice and opportunity for all citizens, and the Carpenter family's situation requires prompt attention and a thorough investigation.

I appreciate your immediate consideration of this matter and look forward to a swift and satisfactory resolution for the Carpenter family.

Sincerely,

Bennie G. Thompson

Bennie G. Thompson
Member of Congress

☐ 107 West Madison Street
P.O. Box 610
Bolton, MS 39041
(601) 866-9003
(601) 866-9036: FAX
(800) 355-9003: In St.

☐ 728 Main Street, Suite A
Greenwood, MS 38930
(662) 455-9003
(662) 453-0118: FAX

☐ 910 Courthouse Lane
Greenville, MS 38701
(662) 335-9003
(662) 334-1304: FAX

☐ 3607 Medgar Evers Boulevard
Jackson, MS 39213
(601) 946-9003
(601) 982-5337: FAX

☐ 263 East Main Street
Marks, MS 38646
(662) 326-9003

☐ Mound Bayou City Hall
106 Green Avenue, Suite 106
Mound Bayou, MS 38762
(662) 741-9003
(662) 741-9002: FAX

From: Abraham Carpenter abrhamcarpenter@icloud.com
Subject: Albert Carpenter official complaint
Date: Aug 13, 2024 at 10:59:35 AM
To: minh.pham@usda.gov, Deidre Alexander deidre.alexander@mail.house.gov, Wilbur Peer wilbursr1@aol.com, SM. ProgramAdjudication SM.OASCR.ProgramAdjudication@usda.gov

---

Hello , I Albert Carpenter Sr. would like to file an official civil rights complaint based on the fact that I have received retaliation , disparate treatment, and e on the same day and the same time.

It is a very clear case of blatant discrimination.

Please accept this as my official complaint. You can email me back or you can reach out to me at 870-540-9278.

You have my permission to speak with my brother Abraham Carpenter Jr. , as he will be working as my official representative and you already have this off

Sincerely, Albert Carpenter Sr.



These Balances

| BORROWER | LOAN # | CLOSING DATE | UN PR |
|---|---|---|---|
| Carpenter Produce | 43-21 | 03-14-2019 | $2 |
| | 44-22 | 03-14-2019 | $1 |
| Albert Carpenter Sr. | 44-14 | 03-14-2019 | $7 |
| | 44-15 | 03-14-2019 | $1 |
| Danny Carpenter | 41-08 | 03-14-2019 | $2 |
| Abraham Carpenter Sr. | 41—08 | 03-14-2019 | $2 |