UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHARLES DENNARD, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>BROOKE ROLLINS, Secretary of Agriculture et al.,<br><br>Defendants. | Civil Action No. 25-0879 (ACR) |

DECLARATION ON BEHALF OF ONE GEORGIA IN SUPPORT OF THE PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

I, Corey Lea, declare as follows:

1. I am the owner of One Georgia Co., a Plaintiff in this matter, and an individual Plaintiff named in this matter, an I submit this declaration in support of the Motion for Preliminary Injunction to enjoin the United States Department of Agriculture ("USDA") from making use of funds for unintended purposes, and to ensure the USDA uses the funds to support farmers like myself, this membership organization, and others similarly situated;

2. I have personal knowledge of the matters stated in this declaration unless otherwise indicated. If called as a witness, I would testify competently to these same facts.

3. One Georgia Co., is a membership organization of Black and minority farmers, including farmers, heirs, contingent heirs, estate representatives, and family members whose land, credit farm operations or program access were affected by the USDA discrimination and related lender or program-administration conduct.

4. One Georgia's mission includes advocating for fair USDA/FSA credit access, debt relief, discrimination relief, land access, restoration of farming opportunities, and fair treatment of farmers, heirs, estates, and Black-owned farming entities.

5. One Georgia members have reported being denied, delayed, discouraged, underpaid, taxed, excluded, or otherwise harmed in connection with USDA/FSA credit, debt-relief,

land access, and discrimination-relief programs. A list of members in the following have issued similarly situated claims as the Plaintiffs here:

a. Birdell Strain;
b. Linda Compton;
c. Ivy Taylor;
d. Vergina Royal;
e. Cathy Dean;
f. Kirser Jefferson;
g. Edward Trotter;
h. Dennis Brown;
i. Johnny Williams Sr.;
j. Brae'Yana K. Hargraves;
k. Louis A. Brown;
l. Claudette M. Brown;
m. Rosie M. Brown;
n. Tracy Nelson Jr.;
o. Charles E. Briscoe;
p. Eldrick D. Briscoe;
q. Robert M. Briscose; and
r. LaQuisha D. Briscoe;

6. One Georgia members include farmers or family members who contend they lost land, equity, inheritance, operating capacity, or credit access as a result of USDA/FSA discrimination, foreclosure, loan servicing, debt collection, loss claims, program denials, or inadequate civil rights processing.

7. One Georgia has had to divert time and resources to identify affected members, gather records, explain program denials, assist with complaints, communicate with counsel, and respond to USDA/FSA actions that should have been addressed through fair notice, accounting, review, and reprocessing by USDA.

8. The lack of accounting, clear standards, scoring records, appeal rights, and meaningful review has frustrated One Georgia's mission and impaired its ability to help members obtain relief.

9. One Georgia members face immediate harm if USDA transfer, exhausts, closes out, reallocates, or awards available land access, discrimination-relief, farm0credit, debt-relief, or related remedial funds before the Court decides whether USDA's implementation was lawful.

10. The harm to One Georgia and its members cannot be fully remedied later. Lost land opportunities, lost planting seasons, lost credit windows, and lost family-farm restoration opportunities cannot be fully repaired after funds have been dissipated. Furthermore, this harms the country at-large who depend on our produce to eat, clothe, and treat themselves with our produce.

11. One Georgia requests that the Court preserve available funds and records, require an accounting, and prevent USDA from taking actions that would exclude members from meaningful review or moot Plaintiffs' claims.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Corey Lea

Executed July 22, 2026